IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ADRIAN D. PERSON, *
 *
 Plaintiff, *
vs. * No. 3:07cv008 SWW
 *
 *
STEVEN IMBODEN, *
 *
 Defendant. *

ORDER

On February 2, 2007, correspondence from this Court to pro se plaintiff Adrian D. Person, a prisoner confined in the Poinsett County Detention Center, was returned as undeliverable. Within thirty (30) days of the date of entry of this Order, plaintiff is directed to provide this Court with his proper address and state whether he intends to pursue this action. *See* Local Rule 5.5(c)(2) ("It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute the action diligently .... If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil procedure").

IT IS SO ORDERED this 15th day of March 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE