# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

ADRIAN D. PERSON
ADC #122808                                                                                            PLAINTIFF

V.                                        3:07CV00008 SWW/JTR

STEVEN IMBODEN,
Judge, Poinsett County District Court                                                    DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted, and Judgment is entered in favor of Defendant on all claims set forth in this action. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 7th day of May, 2007.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE